IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02599-MEH

FIVE POINTS MANAGEMENT GROUP, INC., a California corporation,

Plaintiff,

v.

CAMPAIGN, INC., a Delaware corporation; and
BRADLEY SEWELL, an individual,

Defendants.

## CERTIFICATE OF SERVICE

I, Peter W. Ito, hereby declare and states as follows:

1. That on September 22, 2020, I electronically filed the attached Minute Order filed on September 14, 2020 at Docket No. 8 with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following e-mail addresses:

| | |
|---|---|
| Robert D. Lantz | Jennifer C. Rogers |
| Castle Lantz Maricle, LLC | Castle Lantz Maricle, LLC |
| 4100 E. Mississippi Avenue, Ste. 410 | 4100 E. Mississippi Avenue, Ste. 410 |
| Denver, CO 80246 | Denver, CO 80246 |
| rlantz@clmatty.com | jrogers@clmatty.com |
| Attorneys for Defendants Campaign, Inc. and Bradley Sewell | Attorneys for Defendants Campaign, Inc. and Bradley Sewell |

y
w

2. That on September 22, 2020, I served the attached Minute Order filed on September 14, 2020 at Docket No. 8 via United States Mail, postage prepaid, upon the following:

| | |
|---|---|
| Robert D. Lantz<br>Castle Lantz Maricle, LLC<br>4100 E. Mississippi Avenue, Ste. 410<br>Denver, CO 80246<br>rlantz@clmatty.com<br>Attorneys for Defendants Campaign,<br>Inc. and Bradley Sewell | Jennifer C. Rogers<br>Castle Lantz Maricle, LLC<br>4100 E. Mississippi Avenue, Ste. 410<br>Denver, CO 80246<br>jrogers@clmatty.com<br>Attorneys for Defendants Campaign,<br>Inc. and Bradley Sewell |

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct. Executed this 22nd day of September 2020, at Greensboro, Georgia.

    /s/ Peter W. Ito

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02599-MEH

FIVE POINTS MANAGEMENT GROUP, INC.,

    Plaintiff,

v.

CAMPAIGN, INC., and
BRADLEY SEWELL,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2020.**

    Before the Court is Plaintiff's Response to Order to Show Cause (ECF 7). In light of the information provided by Plaintiff, this Court's Order (ECF 4) is **discharged**.

    The above-captioned case has been directly assigned to Magistrate Judge Michael E. Hegarty pursuant to D.C. Colo. LCivR 40.1(c). The parties shall complete and file the Magistrate Judge Consent Form (ECF 3-2) **on or before September 30, 2020**.

    It is ORDERED that the Fed. R. Civ. P. 16(b) Scheduling Conference shall be held on **October 20, 2020**, at **1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    <u>It is further ORDERED that Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

    If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-14 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number: 888-278-0296
Access code: 8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

It is further ORDERED that counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **September 29, 2020** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in an editable format (i.e., Word) by email to Magistrate Judge Hegarty at** *hegarty_chambers@cod.uscourts.gov*.

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Finally, the parties or counsel attending the Scheduling Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference nor to have the parties present.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all parties, to *hegarty_chambers@cod.uscourts.gov*. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment. The Court will determine at the conference whether to grant the movant leave to file the motion.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2(b).**